**FILED**

**May 07, 2026**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

BY: _____NM_____

DEPUTY

| | |
|---|---|
| **LEOSVEL BALDOQUIN DELGADO,** § | |
| § | |
| **Petitioner,** § | |
| § | |
| **v.** § | **NO. SA-26-CV-2139-OLG** |
| § | |
| **MIGUEL VERGARA** *et al.*, § | |
| § | |
| **Respondents.** § | |

**O R D E R**

Pending before the Court is Petitioner Leosvel Baldoquin Delgado's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1), to which Respondents filed a response (Dkt. No. 5). Petitioner challenges his detention under 8 U.S.C. § 1225(b)(2)(A) on constitutional grounds. *See* Dkt. No. 1 at 10–11. However, Petitioner's removal proceedings appear to have concluded on April 20, 2026, when the IJ granted his application. *See* Annotated Case Information.

**IT IS HEREBY ORDERED** that, by **Monday, May 11, 2026**, the parties shall confer and submit a joint advisory regarding the status of Petitioner's detention, removal proceedings, as well as the status of the present habeas action in light thereof.

**IT IS SO ORDERED**.

**SIGNED** on May 7, 2026.

_____

ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE